ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Accelera Solutions, Inc. | ) ASBCA No. 62896 |
| | ) |
| Under Contract No. 47QTCA-19-D-00L2 | ) |
| T.O. W52P1J-19-F-3389 | ) |

APPEARANCES FOR THE APPELLANT:     Ronald S. Perlman, Esq.
                                    Hillary J. Freund, Esq.
                                      Holland & Knight LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
                                      Army Chief Trial Attorney
                                    Dana J. Chase, Esq.
                                      Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 29, 2021

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62896, Appeal of Accelera Solutions, Inc., rendered in conformance with the Board's Charter.

Dated:  September 29, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals